**Order entered February 2, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01177-CR

## JANICE LYNN PETREE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. MA-1249311-E**

## ORDER

We **REINSTATE** this appeal.

On January 6, 2017, we ordered the trial court to make findings regarding whether appellant was entitled to appointed counsel following the death of her appellate counsel Melvyn Bruder. We **ADOPT** the trial court's January 31, 2017 findings that: (1) appellant wants to pursue the appeal; (2) appellant is not indigent and is capable of retaining counsel although she has not yet hired appellate counsel; (3) Marissa Garza is the court reporter; (4) Ms. Garza has not yet filed the reporter's record because appellant has not paid or made arrangements to pay for the reporter's record; and (5) the reporter's record can be prepared within twenty days after appellant pays or makes arrangements to pay for it.

We shall consider appellant as proceeding pro se until she provides the Court with written notification, including the name and contact information, that she has hired new counsel.  In light of this, we **DIRECT** the Clerk of the Court to remove Melvyn Bruder as counsel of record and to send all future notifications to appellant at 5211 Meaders Lane, Dallas, TX 75229.

Appellant is **ORDERED** to provide, with **TEN DAYS** of the date of this order, written verification she has paid or made arrangements to pay for the reporter's record.  If appellant fails to do so, the Court will order this appeal submitted without a reporter's record.  *See* TEX. R. APP. P. 37.3(c)(2).


/s/     ADA BROWN
        JUSTICE